Case No. 21-56056

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

JAMES HUNTSMAN

*Plaintiff and Appellant,*

v.

CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS

*Defendant and Appellee.*

APPEAL FROM THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, CASE NO. 2:21-CV-02504-SVW-SK, HON. STEPHEN V. WILSON

**APPELLEE'S REPLY IN SUPPORT OF SUPPLEMENTAL BRIEF**

**LARSON LLP**
RICK RICHMOND (SBN 194962)
*rrichmond@larsonllp.com*
TROY S. TESSEM (SBN 329967)
*ttessem@larsonllp.com*
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone: (213) 436-4888 - Facsimile: (213) 623-2000

*Attorneys for Defendant and Appellee Corporation of the President of the Church of Jesus Christ of Latter-day Saints*

**TABLE OF CONTENTS**

 **Page**

REPLY IN SUPPORT OF SUPPLEMENTAL BRIEF………………………….1

# TABLE OF CONTENTS

**Page**

No Authorities Cited.

Defendant-Appellee The Church of Jesus Christ of Latter-day Saints (the "Church") hereby files its reply to Appellant Huntsman's supplemental brief regarding the Church's motion to seal any portions of the Court's disposition that contain the Church's confidential and sensitive financial information ("Confidential Financial Materials"). Dkt. No. 63.

Mr. Huntsman concedes that his interests are "not materially impact[ed]" if references to the Church's Confidential Financial Materials remain sealed in the Court's disposition because Mr. Huntsman has full access to the unsealed version of the record. *Id.* Mr. Huntsman states he "takes no further position on the issue" of sealing the Court's disposition beyond what he already stated in prior responses to the Church's motion to seal. *Id.*; *See* Dkt. Nos. 17, 28. The Church fully responded to all arguments made by Mr. Huntsman in his prior responses, and the Church does not have any further comments. *See* Dkt. Nos. 18-1, 31.

The Church requests that the Ninth Circuit continue to protect the Church's Confidential Financial Materials by granting its motion to seal portions of the Court's disposition.

1

Dated: December 21, 2022

Respectfully submitted,

LARSON LLP

By: _____
Rick Richmond
Troy S. Tessem
Attorneys for Defendant and Appellee
Corporation of the President of the Church of
Jesus Christ of Latter-day Saints