UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 03 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES HUNTSMAN,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,<br><br>        Defendant - Appellee,<br><br> and<br><br>DOES, 1-10,<br><br>        Defendant. | No. 21-56056<br><br>D.C. No. 2:21-cv-02504-SVW-SK<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

      The amicus brief submitted by Ayuda Humanitarian, CharityVision, Five.12 Foundation, and Thanksgiving Point is filed. The amicus brief submitted by The Becket Fund for Religious Liberty is filed. The amicus brief submitted by J. Reuben Clark Law Society is filed. The amicus brief submitted by ACCU, Brigham Young University Hawaii, Brigham Young University Idaho, CBU, and CCCU is filed. The amicus brief submitted by Agudath Israel of America, Ethics and Religious Liberty Commission, General Conference of Seventh-Day Adventists, General Council on Finance and Administration of The United

Methodist Church, International Church of the Foursquare Gospel, Jewish Coalition for Religious Liberty, The Christian and Missionary Alliance, The Lutheran Church-Missouri Synod Foundation and Union of Orthodox Jewish Congregations of America is filed.

No paper copies are required.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT