No. 21-56056

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

———————

JAMES HUNTSMAN,

*Plaintiff-Appellant*,

v.

CORPORATION OF THE PRESIDENT OF THE CHURCH OF
JESUS CHRIST OF LATTER-DAY SAINTS,

*Defendant-Appellee*.

and

DOES, 1-10,

*Defendants*.

———————

On Appeal from the United States District Court
for the Central District of California,
No. 21-cv-02504

———————

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR REHEARING OR REHEARING EN BANC**

———————

RICK RICHMOND
ANDREW E. CALDERÓN
LARSON LLP
555 S. Flower Street
Suite 4400
Los Angeles, CA 90071
(213) 436-4888
rrichmond@larsonllp.com

PAUL D. CLEMENT
 *Counsel of Record*
ANDREW C. LAWRENCE*
CHADWICK J. HARPER*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Supervised by principals of the firm who are members of the Virginia bar

*Counsel for Defendant-Appellee*

November 20, 2023

# MOTION

Pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 27-1, Defendant-Appellee The Church of Jesus Christ of Latter-day Saints (Church) respectfully requests leave to file the attached Reply in Support of Petition for Rehearing or Rehearing En Banc.

1. On September 20, 2023, the Church petitioned for rehearing or rehearing en banc, arguing that the panel's decision ran afoul of the Supreme Court's church-autonomy jurisprudence and implicated questions of exceptional importance. *See* Dkt.81-1. That petition received support from a wide-ranging and diverse group of 21 amici, who collectively filed five amicus briefs, Dkt.84, 85, 86, 87, 88—including one on behalf of ten major religious organizations that represent approximately 24 million Americans, *see* Dkt.88 at 2.

2. Two days later, on September 22, 2023, the Court ordered Plaintiff-Appellant James Huntsman to file a response to the petition. *See* Dkt.82. Huntsman then sought and received an extension of time, to and including November 13, 2023, in which to file the response. *See* Dkt.83 (motion), 91 (order).

3. On November 13, 2023, Huntsman filed a timely response to the petition. *See* Dkt.94.

4. The Church respectfully submits that a reply is warranted, as Huntsman's response misstates and misunderstands the law and facts in numerous

different respects. For example, Huntsman asserts that the Church "stretches quotations from ministerial-exception cases to concoct a split," Dkt.94 at 2, when all the Church has done is invoke precedent addressing the church-autonomy doctrine, which is directly at issue here. And Huntsman dismisses concerns about "copycat suits by other former believers," Dkt.94 at 15-16, while ignoring that other former believers filed just such a suit (a class action, no less) just weeks after the Church filed its petition, *see Chappell v. Corporation of the President of The Church of Jesus Christ of Latter-day Saints*, No. 23-cv-794 (D. Utah) (filed October 31, 2023).

7. The Church accordingly seeks leave to file a reply not to exceed 2,100 words (*i.e.*, half the maximum length of a petition for rehearing or rehearing en banc). *See* Circuit Rule 40-1(a); Fed. R. App. P. 27(d)(2)(A), (C). While this Court's rules do not expressly permit or prohibit a reply in support of a petition for rehearing, this Court frequently grants leave for petitioners to file such replies. *See, e.g.*, *ERISA Indus. Comm. v. City of Seattle*, 840 F.App'x 248 (9th Cir. 2021) (Court granted leave to file a reply in support of rehearing en banc on July 26, 2021); *Bernstein v. Virgin Am., Inc.*, 3 F.4th 1127 (9th Cir. 2021) (Court granted leave to file a reply in support of rehearing or rehearing en banc on June 21, 2021); *In re Bard IVC Filters Prod. Liab. Litig.*, 969 F.3d 1067 (9th Cir. 2020) (Court granted leave to file a reply in support of rehearing or rehearing en banc on October 7, 2020). The same result is warranted here.

8. Counsel for the Church contacted counsel for Huntsman about the relief requested in this motion. Counsel for Huntsman advised that he opposes the relief requested.

**CONCLUSION**

For the reasons set forth above, this Court should grant leave to file the attached reply in support of the petition for rehearing or rehearing en banc.

Respectfully submitted,

s/Paul D. Clement
PAUL D. CLEMENT
 *Counsel of Record*
ANDREW C. LAWRENCE[*]
CHADWICK J. HARPER[*]
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

RICK RICHMOND
ANDREW E. CALDERÓN
LARSON LLP
555 S. Flower Street
Suite 4400
Los Angeles, CA 90071
(213) 436-4888
rrichmond@larsonllp.com

*Supervised by principals of the firm who are members of the Virginia bar

*Counsel for Defendant-Appellee*

November 20, 2023

# CERTIFICATE OF COMPLIANCE

1.  This motion complies with the type-volume limitations of Fed. R. App. 27 because this motion contains 532 words.

2.  This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman type.

November 20, 2023

<u>s/Paul D. Clement</u><br>
Paul D. Clement

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 20, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/Paul D. Clement<br>Paul D. Clement