FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES HUNTSMAN, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, <br><br> Defendant-Appellee, <br><br> and <br><br> DOES, 1-10, <br><br> Defendant. | No. 21-56056 <br><br> D.C. No. 2:21-cv-02504-SVW-SK <br> Central District of California, Los Angeles <br><br> **ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judges Lee and Forrest did not participate in the deliberations or vote in this case.