UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 6 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES HUNTSMAN,<br><br>       Plaintiff-Appellant,<br><br> v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,<br><br>       Defendant-Appellee,<br><br> and<br><br>DOES, 1-10,<br><br>       Defendant. | No.   21-56056<br><br>D.C. No.<br>2:21-cv-02504-SVW-SK<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Some members of the en banc panel ask that the parties be prepared to discuss at oral argument whether plaintiff was domiciled in California when he filed the complaint. *See Lew v. Moss*, 797 F.2d 747, 751 (9th Cir. 1986) (discussing the "presumption in favor of an established domicile as against a newly acquired one").

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT