UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES HUNTSMAN,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,<br><br>        Defendant - Appellee,<br><br> and<br><br>DOES, 1-10,<br><br>        Defendant. | No. 21-56056<br><br>D.C. No. 2:21-cv-02504-SVW-SK<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered January 31, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                      FOR THE COURT:

                      MOLLY C. DWYER
                      CLERK OF COURT